IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re:      *

             Case No. 14-03540

OBSC, LLC,      *

             Chapter 11

    Debtor.      *

### **CERTIFICATION OF ATTORNEY**

1. The undersigned represents that he is a licensed practicing attorney in Mobile, Alabama and is admitted to the bar of this Court. Silver, Voit & Thompson, Attorneys at Law, P.C., comprised of Irving Silver, Lawrence B. Voit, Barry L. Thompson, W. Alexander Gray, Jr., and Alexandra K. Garrett, has been asked by the Debtor to represent it in connection with this bankruptcy case. In my opinion it would be in the best interest of the Debtor and the estate for our firm to represent the Debtor in this case.

2. My firm does not represent any adverse interest to the Debtor or its estate in the matters upon which we are to be engaged. It is my opinion that the employment of this law firm is necessary under a general retainer and would be in the best interest of the estate.

3. This firm has received a retainer of $20,000.00 and an expense deposit of $1,717.00 from the Debtor, which funds remaining after payment for pre-petition services and the filing fee are held in Silver, Voit & Thompson's escrow depository account.

Dated on this 29th day of October, 2014.

_____
Lawrence B. Voit

SILVER, VOIT & THOMPSON
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609-5589
Telephone: 251/343-0800
Fax: 251/343-0862
e-mail: lvoit@silvervoit.com
LS-7940-13667/mm

Attorney for OBSC, LLC